In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-119 CR


NO. 09-08-120 CR


NO. 09-08-121 CR


 ______________________



ROY SMITH, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 75th District Court


 Liberty County, Texas


Trial Cause Nos. CR25689, CR25690 and CR25705







MEMORANDUM OPINION

 On March 20, 2008, we notified the parties that our jurisdiction was not apparent from
the notices of appeal, and notified them that the appeals would be dismissed for want of
jurisdiction unless we received a response showing grounds for continuing the appeals. The
appellant did not file a response. 

 The notices of appeal seek to appeal the trial court's order denying a motion to have
the court reporter's record transcribed in three cases in which no appeal was taken and the
judgments became final. An indigent appellant has a right to obtain a reporter's record
without charge in connection with an initial appeal. See Ex parte Trainer, 181 S.W.3d 358,
358-59 (Tex. Crim. App. 2005). However, "[n]o statute vests this court with jurisdiction
over an appeal from an order denying a request for a free copy of the trial record when such
a request is not presented in conjunction with a timely filed direct appeal." Clegg v. State,
214 S.W.3d 671 (Tex. App.--Waco 2007, no pet.) 

 Accordingly, the appeals are dismissed for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.


 ______________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered May 21, 2008

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.